IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| D.C. and G.K., Individually and as Guardian Ad Litem of S.K., an incompetent minor, ,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I,,<br><br>    Defendant(s). | CIVIL NO. 07-00362 ACK-KSC |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on July 30, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master Recommending Revised Award of Attorneys' Fees and Costs" is adopted as the opinion and order of this court.

IT IS SO ORDERED.

Date:    Honolulu, HI,  August 25, 2008



_____
Alan C. Kay
Sr. United States District Judge